617 A.2d 1270

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**John Michael MORRISSEY, Respondent.**

No. 761.  Disciplinary Docket.
No. 2—Supreme Court.
No. 128 DB 90—Disciplinary Board.

Supreme Court of Pennsylvania.

Dec. 4, 1992.

## ORDER

PER CURIAM:

AND NOW, this 4th day of December, 1992, upon consideration of the Report and Recommendations of the Disciplinary Board dated November 5, 1992, it is hereby

ORDERED that JOHN MICHAEL MORRISSEY be and he is DISBARRED from the Bar of this Commonwealth and he shall comply with all the provisions of Rule 217, Pa.R.D.E. It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.